JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JUDY TATE,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>                Defendant. | Case No. CV 12-3557-MLG<br><br>      JUDGMENT |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.


DATED: September 18, 2012


                                    _____MARC L. GOLDMAN_____
                                      MARC L. GOLDMAN
                                      United States Magistrate Judge