1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  353 Sanjon Road
   Ventura, California 93001
3  Telephone: (805) 653-7937
   Facsimile: (805) 653-7225
4  E-mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Judy Tate

6  ANDRÉ BIROTTE JR.
   United States Attorney
7  LEON W. WEIDMAN
   Assistant United States Attorney
8  Chief, Civil Division
   JEAN M. TURK; CABN 131517
9  Special Assistant United States Attorney
        160 Spear Street, Suite 800
10      San Francisco, California 94105-1545
        Telephone: (415) 977-8935
11      Facsimile: (415) 744-0134
        E-mail: jean.turk@ssa.gov
12

13              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
14                     WESTERN DIVISION

15 | JUDY TATE,                    )  CASE NO. CV 12-03557-MLG
                                   )
16 |     Plaintiff,                )  [~~PROPOSED~~] ORDER
                                   )  AWARDING ATTORNEY'S
17 | v.                            )  FEES PURSUANT
                                   )  TO THE EQUAL ACCESS TO
18 |                               )  JUSTICE ACT, 28 U.S.C.
     MICHAEL J. ASTRUE,            )  § 2412(d)
19 | COMMISSIONER OF SOCIAL        )
     SECURITY,                     )
20                                 )
         Defendant.                )
21 |_____)

22      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

23 IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

24 Justice Act in the amount of FOUR THOUSAND EIGHT-HUNDRED DOLLARS

25 and NO CENTS ($4,800.00), as authorized by 28 U.S.C. § 2412(d), subject to the

26 terms of the Stipulation.

27 Dated: November 6, 2012

28
                           _____
                           MARC L. GOLDMAN, U.S. Magistrate Judge