1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  353 Sanjon Road
   Ventura, California 93001
3  Telephone: (805) 653-7937
   Facsimile: (805) 653-7225
4  E-mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Judy Tate

6  ANDRÉ BIROTTE JR.
   United States Attorney
7  LEON W. WEIDMAN
   Assistant United States Attorney
8  Chief, Civil Division
   JEAN M. TURK; CABN 131517
9  Special Assistant United States Attorney
        160 Spear Street, Suite 800
10       San Francisco, California 94105-1545
        Telephone: (415) 977-8935
11       Facsimile: (415) 744-0134
        E-mail: jean.turk@ssa.gov
12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| JUDY TATE, | ) | CASE NO. CV 12-03557-MLG |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | ) ) ) ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND EIGHT-HUNDRED DOLLARS and NO CENTS ($4,800.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: November 6, 2012

MARC L. GOLDMAN, U.S. Magistrate Judge